UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JULIE SATTERFIELD-PRICE,

        CASE NO. 9:12-bk-11704-FMD
    Debtor.        CHAPTER 13
_____/

JON DOUGLAS PARRISH,

    Plaintiff,

vs.                ADV. CASE NO.

JULIE SATTERFIELD-PRICE,

    Defendant.
_____/

## COMPLAINT TO DETERMINE NON-DISCHARGEABILITY
## AND FOR DECLARATORY JUDGMENT

NOW COMES, Creditor, JON DOUGLAS PARRISH, by and through his undersigned attorney, and pursuant to 11 U.S.C. §523(a)5 seeks a determination of non-dischargeability and for declaratory judgment and in support thereof states:

1. This is a core proceeding over which this Court has jurisdiction under 28 U.S.C. §157(b).

2. Plaintiff is a Creditor in this Chapter 13 case. Defendant is the Debtor.

3. This is an adversary proceeding to determine the non-dischargeability of a debt. A copy of Plaintiff's proof of claim filed in this case evidencing the debt at issue is attached hereto as Plaintiff's Exhibit "1".

4.  Defendant is indebted to Plaintiff in the sum of $135,000.00, plus accrued interest, if any, for domestic support arising from a child custody matter.

5.  Creditor has retained the firm of Miller and Hollander and has agreed to pay them a reasonable fee and costs for filing this action.

WHEREFORE, Plaintiff prays the Court enter Judgment determining that said debt is non-dischargeable, attorneys fees and costs, and for such and further relief that this Court deems just and proper.

    MILLER AND HOLLANDER
    Attorneys for Plaintiff
    2430 Shadowlawn Drive, Suite 18
    Naples, FL 34112
    Telephone (239) 775-2000
    Facsimile (239) 775-7953

    By: _____
    RICHARD J. HOLLANDER
    Florida Bar No. 884900
    EDWARD R. MILLER
    Florida Bar No. 182746
    KATHERINE EVERETT ISKIN
    Florida Bar No. 073023
    JEREMY R. ISKIN
    Florida Bar No. 063931