United States Bankruptcy Court
Middle District of Florida

Parrish,
    Plaintiff

Satterfield-Price,
    Defendant

Adv. Proc. No. 12-01152-FMD

## CERTIFICATE OF NOTICE

District/off: 113A-9     User: thomac     Page 1 of 2     Date Rcvd: Mar 06, 2013
                     Form ID: pdfdoc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2013.
dft         +Julie Satterfield-Price,   21 Burckmyer Drive,   Beaufort, SC 29907-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla         Jon Douglas Parrish
                                                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2013**                       **Signature:**     *Joseph Speetjens*

```
District/off: 113A-9           User: thomac              Page 2 of 2              Date Rcvd: Mar 06, 2013
                               Form ID: pdfdoc           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2013 at the address(es) listed below:

        Joseph C. LoTempio    on behalf of Defendant Julie Satterfield-Price jlotempio@dellutrilawgroup.com, ecf@dellutrilawgroup.com;dellutrilawgroup@gmail.com;dlampley@dellutrilawgroup.com;dfineman@dellutrilawgroup.com;cdellutri@dellutrilawgroup.com

        Katherine E. Iskin    on behalf of Plaintiff Jon Parrish millerandhollander@comcast.net, mhbknotices@gmail.com;backupnotices@comcast.net

        Richard J. Hollander    on behalf of Plaintiff Jon Parrish millerandhollander@comcast.net, backupnotices@comcast.net;mhbknotices@gmail.com

        TOTAL: 3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

JULIE SATTERFIELD-PRICE,

               Debtor.       CASE NO. 9:12-bk-11704

                                     CHAPTER 13

_____/

JON D. PARRISH,

Plaintiff,

vs.                                   ADV.PRO.NO. 12-ap-01152

JULIE SATTERFIELD-PRICE,

Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT
## Doc. No. 4

THIS MATTER having come before the Court on FEBRUARY 28, 2013 on Defendant's Motion to Dismiss Complaint, and the Court being fully advised,

IT IS ORDERED that Defendant's Motion to Dismiss shall be DENIED; and

M:\USERS\Katherine\Orders\Granting Misc\Parrish Order Deny Mot Dism.docx

IT IS ORDERED that the Defendant shall have fourteen (14) days from the entry of this Order to file an Answer to the Complaint.

DONE AND ORDERED at Tampa, Florida on March 06, 2013.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies to:
-Debtor
-Richard J. Hollander, Esq.
-U.S. Trustee
-Jon Waage, Trustee
-Joseph LoTempio, Attorney for Defendant

M:\USERS\Katherine\Orders\Granting Misc\Parrish Order Deny Mot Dism.docx