**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

JULIE SATTERFIELD-PRICE,                        Chapter 13
                                                 Case No.: 9:12-bk-11704-FMD

      Debtor.

_____/

JON DOUGLAS PARRISH,

       Plaintiff,
v.
                                                 Ad. Pro. No.: 9:12-ap-01152-FMD

JULIE SATTERFIELD-PRICE,

       Defendants.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Julie Satterfield-Price (**"Defendant"**), by and through the undersigned counsel, and hereby files this Answer and Affirmative Defenses to the Complaint filed by Jon Douglas Parrish (**"Plaintiff"**), and states as follows:

### ANSWER

1.     Admitted for jurisdictional purposes only, otherwise denied.

2.     Admitted.

3.     Admitted.

4.     Denied.

5.     Without knowledge, therefore denied.

**AFFIRMATIVE DEFENSES**

1.     Plaintiff seeks a determination that the debt in question is non-dischargeable under 11 U.S.C. § 523(a)(5), which states that "[a] discharge under section 727, 1141, 1228(a), 1228(b), or 1328(b) of this title does not discharge an individual debtor from any debt . . . for a domestic support obligation."  The debt in question is not entirely attributable to a "domestic support obligation" as that term is defined by 11 U.S.C. § 101(14A).  Therefore, some or all of the debt in question is dischargeable in Defendant's bankruptcy case.

    WHEREFORE, Defendant respectfully requests this Court grant judgment in favor of Defendant and against Plaintiff, and for such further relief as this Court deems proper and just.

*Respectfully Submitted,*

THE DELLUTRI LAW GROUP, P.A.
1436 Royal Palm Square Blvd.
Fort Myers, FL  33919
(239) 939-0900
(239) 939-0588 – Fax
www.DellutriLawGroup.com

/s/ Joseph C. LoTempio, Esq.
JOSEPH C. LOTEMPIO, ESQ.
FBN: 0086097
jlotempio@DellutriLawGroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the

persons named below via the Court's CM/ECF system on March 20th, 2013:

Richard J. Hollander, Esq., Miller and Hollander, 2430 Shadowlawn Drive, Suite 18, Naples, FL 34112

> THE DELLUTRI LAW GROUP, P.A.
> 1436 Royal Palm Square Blvd.
> Fort Myers, FL  33919
> (239) 939-0900
> (239) 939-0588 – Fax
> www.DellutriLawGroup.com
>
> /s/ Joseph C. LoTempio, Esq.
>
> JOSEPH C. LOTEMPIO, ESQ.
> FBN: 0086097
> jlotempio@DellutriLawGroup.com

3