UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

JULIE SATTERFIELD-PRICE,　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　Case No.: 9:12-bk-11704-FMD
　　　　Debtor.
_____/

JON DOUGLAS PARRISH,

　　　　Plaintiff,
v.
　　　　　　　　　　　　　　　　　　　　　　　Ad. Pro. No.: 9:12-ap-01152-FMD
JULIE SATTERFIELD-PRICE,

　　　　Defendants.
_____/

### AFFIDAVIT OF SHAYNA K. CAVANAUGH, ESQ.

STATE OF FLORIDA
COUNTY OF LEE

　　　　BEFORE ME, the undersigned authority, personally appeared the Debtor, SHAYNA K. CAVANAUGH, ESQ., who, after being first duly sworn, deposes and states:

　　　　1.　　I am over eighteen years old and I make the statements contained herein under oath and based on my own personal knowledge.

　　　　2.　　I represented Julie Satterfield-Price, the Debtor and Defendant herein, with respect to post-final judgment issues related to her divorce from Jon Parrish, the Plaintiff herein.

　　　　3.　　I have no interest in the outcome of the above-captioned action before this Court.

　　　　4.　　I am very familiar with the Omnibus Order entered in the divorce case dated February 3, 2012, as I litigated the issues resolved in said Order before the court on January 4, 5 and 6, 2012.

5. None of the fees, costs, or other monies awarded to Mr. Parrish in the Omnibus Order were in connection with any litigation over child support, alimony, or other issues of support or maintenance.

6. All of the fees, costs, and other monies awarded to Mr. Parrish in the Omnibus Order were in connection with various motions to compel and motions for contempt filed against Ms. Satterfield-Price by Mr. Parrish post-dissolution.

FURTHER AFFIANT SAYETH NOT.

_____
Shayna K. Cavanaugh, Esq.

SWORN TO AND SUBSCRIBED before me this 2 day of May, 20 13, by Shayna K. Cavanaugh, Esq., who is personally known to me.

_____
Notary Public – State of Florida
My commission expires:

The foregoing instrument was acknowledged before me this 2 day of May, 20 13, by Shayna K. Cavanaugh, Esq., who is personally known to me or who produced _____ as identification and who did take an oath.

My commission expires:

CHERYL LEDOUX
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE144184
Expires 11/7/2015

_____
Notary Public
Cheryl LeDoux
Printed Name of Notary

_____
Serial or Commission Number